Abatement Order filed April 17, 2014



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01088-CV
_____

### REMOTE CONTROL HOBBIES L.L.C. A/K/A AND D/B/A REMOTE CONTROL HOBBIES, Appellant

### V.

### AIRBORNE FREIGHT CORPORATION D/B/A AIRBORNE EXPRESS SUCCESSOR BY MERGER TO DHL EXPRESS, Appellee

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 829934-401**

## ABATEMENT ORDER

Notice was filed on April 11, 2014, that appellant is in bankruptcy. Tex. R. App. P. 8.1. According to the notice, on April 3, 2014, Remote Control Hobbies L.L.C. a/k/a and d/b/a Remote Control Hobbies, petitioned for bankruptcy protection in the United States Bankruptcy Court for the Eastern District of Texas under case number 14-10179. A bankruptcy suspends the appeal from the date

when the bankruptcy petition is filed until the appellate court reinstates the appeal in accordance with federal law. Tex. R. App. P. 8.2. Accordingly, we **ORDER** the appeal abated.

When a case has been suspended by a bankruptcy filing, a party may move the appellate court to reinstate the appeal if permitted by federal law or the bankruptcy court. Tex. R. App. P. 8.3. If the bankruptcy court has lifted or terminated the stay, a certified copy of the order must be attached to the motion. *Id.* A party filing a motion to reinstate shall specify what further action, if any, is required from this court when the appeal is reinstated. *See* Tex. R. App. P. 10.1(a).

For administrative purposes only, and without surrendering jurisdiction, the appeal is abated and treated as a closed case until further order of this court.


PER CURIAM